COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          Zamick Tannarpatia Milhouse v. Ebonie McCain

Appellate case number:     01-14-00740-CV

Trial court case number:    2006-74892

Trial court:                         311th District Court of Harris County

On September 8, 2014, appellant, Zamick Tannarpatia Milhouse, filed an affidavit of indigence in the trial court. *See* TEX. R. APP. P. 20.1(a)(2)(A). On October 2, 2014, the district clerk filed a clerk's record on indigence containing the trial court's September 23, 2014 order sustaining a contest to appellant's affidavit of indigence. *See id.* 20.1(e)(1), (i)(4). Appellant did not file a motion seeking review of the trial court's order within 10 days of the order. *See id.* 20.1(j)(1), (2). Therefore, the required filing fee is due.

Appellant is ORDERED to pay one-half of the filing fee to this Court no later than 10 days from the date of this order and the other one-half of the filing fee to this Court no later than 30 days from the date of this order, or the Court may dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3.

It is further ORDERED that, no later than 30 days from the date of this order, appellant file with this Court proof that he has paid or made arrangements to pay for the preparation of the clerk's record, or the appeal may be dismissed.[1] *See* TEX. R. APP. P. 34.5(a), 35.3(a)(2), 37.3(b).

Finally, it is ORDERED that, no later than 30 days from the date of this order, appellant file with this Court proof that he has requested and paid or made arrangements to pay for preparation of the reporter's record, or the Court may consider and decide only

---

[1]     The district clerk filed a clerk's record on September 30, 2014. That record is not complete, however, as it fails to contain all of the documents required by Texas Rule of Appellate Procedure 34.5(a). *See* TEX. R. APP. P. 34.5(a).

those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 34.6(b)(1), 35.3(b)(2), (b)(3), (c), 37.3(c).

It is so ORDERED.


Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
⊠ Acting individually    ☐ Acting for the Court

Date:  October 23, 2014